Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>      Plaintiff,<br><br>   vs.<br><br>LEVON KARAKASHIAN, et al.,<br><br>      Defendants. | No.  1:15-cv-00333-JAM-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVEN MICHAEL HAYHURST II, DBA DOLLAR PLACE, ONLY;  ORDER** |

1    WHEREAS, Defendant Steven Michael Hayhurst II, dba Dollar Place has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant Steven Michael Hayhurst II, dba Dollar Place have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses <u>only</u> Defendant Steven Michael Hayhurst II, dba Dollar Place, from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 17, 2015                MOORE LAW FIRM, P.C.


                                       <u>/s/ Tanya E. Moore               </u>
                                       Tanya E. Moore
                                       Attorney for Plaintiff
                                       Ronald Moore


## **ORDER**


Good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> Defendant Steven Michael Hayhurst II, dba Dollar Place be dismissed with prejudice.

**IT IS SO ORDERED**.


Dated:  11/17/2015                     <u>/s/ John A. Mendez            </u>
                                       United States District Court Judge