UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEVON KARAKASHIAN and SHAKEH KARAKASHIAN,<br><br>　　　　　Defendants. | No. 1:15-cv-00333-DAD-EPG<br><br>ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT<br><br>(Doc. No. 41)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE |

　　　Before the court is the parties' stipulated for the entry of judgment.  Pursuant to that stipulation and finding good cause, the court orders that judgment in the amount of $13,500 is entered in favor of plaintiff Ronald Moore, against defendants Levon Karakashian and Shakeh Karakashian.  The parties shall bear their own fees and costs.  Accordingly, the court further directs the Clerk of the Court to close this case.

IT IS SO ORDERED.

　　Dated: __October 17, 2016__　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1