UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br>Plaintiff,<br>v.<br>LEVON KARAKASHIAN, *et al.*,<br>Defendants. | Case No. 1:15-cv-00333-DAD-EPG<br>ORDER REGARDING PLAINTIFF'S REQUEST FOR RENEWAL OF JUDGMENT<br>(ECF No. 46) |

Before the Court is Plaintiff's request for renewal of judgment. (ECF No. 46). The Court entered judgment in this case in Plaintiff's favor on October 18, 2016. (ECF No. 43). Plaintiff filed his request to renew the judgment on September 28, 2026. (ECF No. 46).

Pursuant to Rule 69 of the Federal Rules of Civil Procedure, money judgments are enforceable through "the procedure of the state where the court is located," unless there is an applicable federal statute. Fed. R. Civ. P. 69(a)(1). In California, "[t]he period of enforceability of a money judgment . . . may be extended by renewal of the judgment[,]" Cal. Code Civ. Proc. § 683.110(a), and the "judgment creditor may renew a judgment by filing an application for renewal of the judgment with the court in which the judgment was entered," Cal. Code Civ. Proc. § 683.120(a).

The filing of the application "renews the judgment in the amount determined under [§] 683.150 and extends the period of enforceability of the judgment as renewed for a period of 10 years from the date the application is filed." Cal. Code Civ. Proc. § 683.120(b). Under California

law, the "entry of a renewal of judgment is a purely ministerial act performed by the court clerk upon the filing of an application that contains the requisite information." *Arai v. Leff*, 173 F. App'x 614, 614 (9th Cir. 2006) (unpublished) (citation omitted); *see also Padgett v. Bustamente & Gagliasso, P.C.*, No. 20-15246, 2022 WL 1125654, at *1 (9th Cir. Apr. 15, 2022) (alteration and citations omitted) (explaining that "the clerk's entry of a renewed judgment 'is an automatic, ministerial act,'" since § 683.150 "provides that 'upon the filing of the application, the court clerk *shall* enter the renewal of the judgment in the court records'"). "Following the renewal of judgment, the judgment debtor may move to vacate the judgment if the judgment debtor believes the amount of the renewed judgment is incorrect." *Uriarte-Limon v. Elsayed*, Case No. CV15-04652 BRO(RAOx), 2023 WL 9419146, at *2 (C.D. Cal. Nov. 29, 2023) (citation omitted).

Accordingly, the Clerk of Court is directed to enter the renewal judgment. After the Clerk has entered the renewed judgment, Defendants have 60 days to file a motion to vacate the renewal of the judgment pursuant to § 683.170(b).

IT IS SO ORDERED.

Dated: **September 30, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE