UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br>Plaintiff,<br>v.<br>LEVON KARAKASHIAN, *et al.*,<br>Defendants. | Case No. 1:15-cv-00333-DAD-EPG<br>ORDER REGARDING PLAINTIFF'S REQUEST FOR RENEWAL OF JUDGMENT<br>(ECF No. 46) |

On September 30, 2026, the Court issued an order regarding Plaintiff's request to renew the judgment in this case, directing the Clerk of Court to enter the renewal of judgment. (ECF No. 47). After the Clerk of Court directed Plaintiff's counsel to provide a form for the Clerk to sign and issue, Plaintiff's counsel filed a Proposed Order containing a signature line for the Magistrate Judge. (ECF No. 48). The Clerk of Court contacted Plaintiff's counsel again to refile a corrected document with a space for the Clerk's signature, but Plaintiff's counsel has failed to do so.

Accordingly, Plaintiff is ordered to file a Proposed Renewal of Judgment that contains a signature line for the Clerk of Court by no later than October 23, 2026.

IT IS SO ORDERED.

Dated: **October 21, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE