UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

Plaintiff,

v.

LEVON KARAKASHIAN, *et al.*,

Defendants.

Case No. 1:15-cv-00333-DAD-EPG

ORDER REGARDING PLAINTIFF'S REQUEST FOR ISSUANCE OF ABSTRACT OF JUDGMENT

(ECF No. 51)

On October 16, 2026, Plaintiff filed a Request for Issuance of Abstract of Judgment. (ECF No. 51). However, because the Clerk of Court had not entered the renewal of judgment at that time, Plaintiff's request was premature. On October 22, 2026, the Clerk of Court issued the renewed judgment. (ECF No. 54).

Accordingly, if Plaintiff still seeks an abstract of judgment, Plaintiff is ordered to file a new request for the Clerk of Court to sign that contains the corrected date that the renewed judgment was entered.

IT IS SO ORDERED.

Dated: **November 2, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE